674 A.2d 581

IN THE MATTER OF KENNETH C.
MC BROOM, AN ATTORNEY AT LAW.

April 29, 1996.

## ORDER

**KENNETH C. MC BROOM** of **HACKENSACK,** who was admitted to the bar of this State in 1980, having pleaded guilty to a federal felony of unlawful possession of child pornography in violation of 18 *U.S.C.A.* 2252(a)(4) and (2), and respondent having through counsel consented to his temporary suspension from the practice of law, and good cause appearing;

It is ORDERED that pursuant to *Rule* 1:20–13(b)(1), **KENNETH C. MC BROOM** is temporarily suspended from the practice of law pending the final resolution of ethics proceedings against him, effective immediately and until the further order of this Court; and it is further

ORDERED that **KENNETH C. MC BROOM** be restrained and enjoined from practicing law during the period of his suspension; and it is further

ORDERED that **KENNETH C. MC BROOM** comply with *Rule* 1:20–20 dealing with suspended attorneys.